FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY MARIE THOMPSON<br><br>    Plaintiff,<br><br>v.<br><br>CARSON CITY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00195-RCJ-VPC<br><br>ORDER |

## I. DISCUSSION

Based on this Court's records, it appears that Plaintiff is no longer at the address listed with the Court. The postal service has returned this Court's last mailing to Plaintiff as undeliverable. (*See* ECF No. 3). The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file her updated address with this Court. If Plaintiff does not update the Court with her current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file her updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: This 27th day of March, 2018.

_____
United States Magistrate Judge